■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAWN FLORES, Appellant.—Judgment unanimously affirmed (see, People v Cox, 177 AD2d 963, lv denied 79 NY2d 855). (Appeal from Judgment of Supreme Court, Monroe County, Bergin, J.—Criminal Possession Forged Instrument, 2nd De-

gree.) Present—Boomer, J. P., Green, Balio, Boehm and Fallon, JJ.